

# Case Assignment
# Standard Civil Assignment

Case number **3:13CV-1113-H**

Assigned : Judge John G. Heyburn II
Judge Code : 4412

Designated Magistrate Judge : James D. Moyer
Magistrate Judge Code : 44AN

Assigned at 5:40 P.M. on 11/12/2013
from Louisville Clerk's Office

This is a review of the original assignment.

Return