**United States District Court**
**Western District of Kentucky**
**Office of the Clerk**
**106 Gene Snyder Courthouse**
**601 West Broadway**
**Louisville, Kentucky 40202-2249**
**(502) 625-3500**
www.kywd.uscourts.gov

November 13, 2013

# NOTICE

Larry R. Watkins, Jr.                                                                                                  Plaintiff

v.                                                                                                  # 13-CI-005759

Trust Under Will of William Marshall Bullitt By And
Through Its Trustee, PNC Bank, N.A., et al                                                Defendants

     Notice is hereby given that the above-styled civil action has been removed from the Jefferson Circuit Court and filed in the Western District of Kentucky at Louisville as of November 12, 2013. This action has been assigned civil number 3:13CV-1113-H. Please refer to this case number on all future filings.

                Sincerely,

                Vanessa L. Armstrong, Clerk

By:    /s/ Renee L. Koch
                Deputy Clerk

cc: Counsel of Record
    Jefferson Circuit Court